COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-255-CV

LEGGETT AND ASSOCIATES, INC. APPELLANT

D/B/A L&M CONTRACTING

V.

LUMBERMEN'S INVESTMENT CORPORATION APPELLEES

AND TRAVELERS CASUALTY AND SURETY

COMPANY OF AMERICA

----------

FROM THE 342
ND
 DISTRICT 
COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Agreed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: January 5, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.